## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Epstein Becker & Green, P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 642-1900
Attorneys for Defendant Home Depot U.S.A., Inc.
(incorrectly identified as Home Depot, Inc.)

RECEIVED
JUL 23 2015
AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ANGEL RIVERA, individually and on behalf of all those similarly situated, 846 B Winchester Court Manchester, NJ 08759,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT, INC. 244 Main Street Forked River, NJ 07831<br><br>and<br><br>JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 3:15-cv-05100(MAS)(TJB)<br><br>[████████] CONSENT ORDER ADMITTING COUNSEL *PRO HAC VICE* |

This matter having been brought before the Court by Patrick G. Brady, Esq. of the firm Epstein, Becker & Green, P.C., attorneys for defendant Home Depot U.S.A., Inc. ("Home Depot"), with the consent of Daniel A. Horowitz, Esq. of the firm Swartz Swidler, LLC, attorneys for plaintiff Angel Rivera, individually and on behalf of all those similarly situated, for an Order allowing Joel M. Cohn, Esq. and Ashley J. Keapproth, Esq. to appear and participate *pro hac vice* in the above matter on behalf of Home Depot pursuant to L. Civ. R. 101.1(c),

FIRM:30831786v1

IT IS on this 23rd day of July, 2015;

**ORDERED** that Joel M. Cohn, Esq. and Ashley J. Keapproth, Esq., both members of the Bar of the District of Columbia, be permitted to appear *pro hac vice* in the above matter on behalf of Home Depot in the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall continue to be signed by a member or associate of the firm of Epstein, Becker & Green, P.C., attorneys of record for Home Depot, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Joel M. Cohn, Esq. and Ashley J. Keapproth, Esq. shall pay the annual fees to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Joel M. Cohn, Esq. and Ashley J. Keapproth, Esq. shall each pay $150.00 to the Clerk, United States District Court, in accordance with L. Civ. R. 101.1(c)(3) within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Joel M. Cohn, Esq. and Ashley J. Keapproth, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1 *Judicial Ethics and Professional Responsibility,* and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

2

**ORDERED** that Joel M. Cohn, Esq. and Ashley J. Keapproth, Esq. shall be deemed to have agreed to no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Tonianne J. Bongiovanni, U.S.M.J.

The undersigned consents to the form and entry of the within order.

**SWARTZ SWIDLER, LLC.**
1101 North Kings Highway, Suite 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420
Attorneys for Plaintiff

By: /s/ Daniel A. Horowitz, Esq.
    DANIEL A. HOROWITZ, ESQ.

**EPSTEIN BECKER & GREEN, P.C.**
One Gateway Center
Newark, NJ 07102
Phone: (973) 642-1900
Attorneys for Defendant Home Depot U.S.A., Inc.

By: /s/ Patrick G. Brady, Esq.
    PATRICK G. BRADY, ESQ.

3