IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL RIVERA, individually and on behalf of all those similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HOME DEPOT, INC., and JOHN DOES 1-10, | ) ) ) |
| Defendant. | ) |

Civil Action No. 3:15-cv-05100 (MAS) (TJB)

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Angel Rivera and defendant Home Depot, Inc., by their respective undersigned counsel, hereby stipulate to dismiss this action with prejudice. This dismissal with prejudice pertains to all claims asserted by plaintiff Rivera, but not the class allegations, which are dismissed without prejudice. The parties will each bear their own attorney's fees and costs.

1

                    Respectfully submitted,

Dated:  August 25, 2015            */s/ Daniel A. Horowitz*
                                        Daniel A. Horowitz
                                        Richard S. Swartz
                                        SWARTZ SWIDLER, LLC
                                        1101 North Kings Highway, Suite 402
                                        Cherry Hill, NJ 08034
                                        Phone: (856) 685-7420
                                        Fax: (856) 685-7417

                                        Attorneys for plaintiff

                                        And

                                         */s/ Patrick G. Brady*
                                        Patrick G. Brady
                                        Epstein Becker & Green P.C.
                                        Newark, New Jersey 07102
                                        (973) 642-1900 (telephone)
                                        (973) 639-8556 (facsimile)
                                        pbrady@ebglaw.com

                                        Joel M. Cohn (*pro hac vice* admission)
                                        Ashley J. Keapproth (*pro hac vice* admission)
                                        Akin Gump Strauss Hauer & Feld LLP
                                        1333 New Hampshire Avenue, NW
                                        Washington, D.C. 20036-1564
                                        (202) 887-4000 (telephone)
                                        (202) 887-4288 (facsimile)
                                        jcohn@akingump.com
                                        akeapproth@akingump.com

                                        Attorneys for defendant Home Depot, Inc.